CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

ELIANIS PEREZ
Assistant Director

C. FREDERICK SHEFFIELD
Trial Attorney
United States Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington D.C. 20044

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

YESSICA DEL CARMEN NAVAS,

    Petitioner,

v.

KIRSTJEN NIELSEN, Secretary of Department of Homeland Security, *et al.*,

    Respondents.

C 18-03298 NC

**STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b) and [PROPOSED] ORDER**

1.    Petitioner commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate her application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Petitioner had been interviewed.

2.    USCIS is now prepared to resolve this matter by adjudicating Petitioner's application for naturalization. Based on the information now available to it, USCIS sees no basis that precludes a grant of Petitioner's application for naturalization. However, Petitioner acknowledges her burden to establish

STIPULATION TO REMAND
C18-03298 NC

and maintain eligibility for naturalization up to the time she has taken the oath of allegiance. However, USCIS cannot adjudicate the application unless and until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

1. The Court shall remand this case to the USCIS San Jose Field Office, 1450 Coleman Ave, Santa Clara, CA 95050, directing the agency to take any and all necessary actions, and to issue a decision on Petitioner's application for naturalization within 30 days of the remand order.

2. If USCIS does not issue a decision on Petitioner's application for naturalization within the time frame set forth in paragraph 1 above, Respondents will not oppose any request by Petitioner to this Court to vacate the remand order and thereby re-assert jurisdiction over Petitioner's action pursuant to 8 U.S.C. § 1447(b).

Date: August 1, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section

ELIANIS PEREZ
Assistant Director

C. FREDERICK SHEFFIELD
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington D.C. 20044
(202) 532-4737
Carlton.f.sheffield@usdoj.gov

STIPULATION TO REMAND
C18-03298 NC

Dated: July 31, 2018



KEVIN M. CRABTREE
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   August 2, 2018



GRANTED
Judge Nathanael M. Cousins

STIPULATION TO REMAND
C18-03298 NC